Darren K. Cottriel (State Bar No. 184731)
dcottriel@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: 949.851.3939
Facsimile:  949.553.7539

Philip M. Oliss (admitted *pro hac vice*)
Brett W. Bell (admitted *pro hac vice*)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114
Telephone: 216.586.3939
Facsimile: 216.579.0212

Kelly G. Laudon (admitted *pro hac vice*)
JONES DAY
Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Telephone: 612.217.8800
Facsimile: 844.345.3178

Attorney for Defendant
GOJO INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA ROBLES,<br><br>           Plaintiff,<br><br>      v.<br><br>GOJO INDUSTRIES, INC.,<br><br>           Defendant. | Case No. 8:21-cv-00928-JVS-DFM<br><br>Hon. James V. Selna<br><br>**DEFENDANT GOJO INDUSTRIES, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS RULE 12 MOTION TO DISMISS** |

Def. GOJO Industries Inc.'s Request for Judicial
Notice in Support of its Rule 12 Motion to Dismiss
Case No. 8:21-cv-00928-JVS-DFM

Under Federal Rule of Evidence 201, Defendant GOJO Industries, Inc. respectfully requests that the Court take judicial notice of the following:

1. An August 4, 2018 *Forbes* news article written by Bruce Y. Lee titled *How this Bacteria May Be Growing More Resistant to Hand Sanitizer*, a true and correct copy of which is attached hereto as Exhibit A. Plaintiff cites this article in her Complaint at ¶ 21, footnote 10.

2. A 2018 scientific journal article by Sacha J. Pidot et al. titled "Increasing tolerance of hospital *Enterococcus faecium* to handwash alcohols" published in *Science Translation Medicine* Vol. 10, eaar6115. A true and correct copy is attached hereto as Exhibit B. This article is the subject of the *Forbes* news article (Exhibit 1) that Plaintiff cites in her Complaint at ¶ 21, footnote 10.

3. An August 15, 2011 *Medical News Today* article written by Joseph Nordqvist titled *Hand Sanitizers May Actually Cause Outbreaks of Norovirus*, a true and correct copy of which is attached hereto as Exhibit C. Plaintiff cites this article in her Complaint at ¶ 22, footnote 11.

4. A May 2011 scientific journal article by David D. Blaney et al. titled "Use of alcohol-based hand sanitizers as a risk factor for norovirus outbreaks in long-term care facilities in Northern New England: December 2006 to March 2007," published in the *American Journal of Infection Control*, 39:296-301. A true and correct copy is attached hereto as Exhibit D. This article is a subject of the *Medical News Today* news article (Exhibit 3) that Plaintiff cites in her Complaint at ¶ 22, footnote 11.

5. A January 2010 scientific journal article by Pengbo Liu et al. titled "Effectiveness of Liquid Soap and Hand Sanitizer against Norwalk Virus on Contaminated Hands," published in *Applied and Environmental Microbiology*, 76:394-99. A true and correct copy is attached hereto as Exhibit E. This article is a subject of the *Medical News Today* news article (Exhibit 3) that Plaintiff cites in her Complaint at ¶ 22, footnote 11.

Def. GOJO Industries Inc.'s Request for Judicial
Notice in Support of its Rule 12 Motion to Dismiss
Case No. 8:21-cv-00928-JVS-DFM

6. An August 2008 scientific journal article by David R. Macinga et al. titled "Improved Inactivation of Nonenveloped Enteric Viruses and Their Surrogates by a Novel Alcohol-Based Hand Sanitizer," published in *Applied and Environmental Microbiology*, 74:5047-52. A true and correct copy is attached hereto as Exhibit F. This article is a subject of the *Medical News Today* news article (Exhibit 3) that Plaintiff cites in her Complaint at ¶ 22, footnote 11.

7. A June 2010 scientific journal article by Umair Jabbar et al. titled "Effectiveness of Alcohol-Based Hand Rubs for Removal of *Clostridium difficile* Spores from Hands," published in *Infection Control and Hospital Epidemiology*, 31(6):565-70. A true and correct copy is attached hereto as Exhibit G. Plaintiff cites this article in her Complaint at ¶ 23, footnote 12.

8. An August 2015 scientific journal article by Ellen Lambrecht et al. titled "Protozoan Cysts Act as a Survival Niche and Protective Shelter for Foodborne Pathogenic Bacteria," published in *Applied Environmental Biology*, 81:5604-12. A true and correct copy is attached hereto as Exhibit H. Plaintiff cites this article in her Complaint at ¶ 24, footnote 13.

9. A January 17, 2020 letter from the Division of Pharmaceutical Quality Operations (III) of the United States Food and Drug Administration to GOJO Industries, Inc., regarding Case #599132 (the "FDA Letter"), published on the FDA's website at: https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/warning-letters/gojo-industries-inc-599132-01172020. A true and correct copy of the FDA Letter is attached hereto as Exhibit I. Plaintiff cites the FDA Letter in her Complaint at ¶¶ 5, 6, 25, and 48, and provides a hyperlink to the FDA website where the FDA Letter is published in footnote 2.

10. An image of the front label of a two liter (67.6 ounce) bottle of PURELL® Advanced Hand Sanitizer, copied on September 13, 2021 from: https://www.walmart.com/ip/PURELL-Advanced-Hand-Sanitizer-Refreshing-Gel-for-Workplaces-Clean-scent-2-Liter-pump-bottle-9625-04/22257378. A true and

- 2 -

Def. GOJO Industries Inc.'s Request for Judicial
Notice in Support of its Rule 12 Motion to Dismiss
Case No. 8:21-cv-00928-JVS-DFM

correct copy of the bottle and label depicted on that website is attached hereto as Exhibit J. Plaintiff cites this website, including the statement made on the label, in her Complaint at ¶ 9, and provides a hyperlink to the Walmart.com website from which the image was obtained in footnote 8.

"Courts may take judicial notice of publications introduced to 'indicate what was in the public realm at the time, not whether the contents of those articles were in fact true.'" *See Von Saher v. Norton Simon Museum of Art at Pasadena*, 592 F.3d 954, 960 (9th Cir. 2010) (citations omitted). Here, Plaintiff relies on these news and scientific journal articles and the FDA Letter to support her assertions that GOJO's marketing of the Product is false or misleading. Consequently, the fact that these exhibits do not include any information contradicting the veracity of GOJO's marketing of the Product—regardless of whether the information in the articles and FDA Letter is true—is appropriately the subject of judicial notice.

Furthermore, the Court may appropriately consider these exhibits under the doctrine of incorporation by reference. "Even if a document is not attached to a complaint, it may be incorporated by reference into a complaint if the plaintiff refers extensively to the document or the document forms the basis of the plaintiff's claim." *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003) (citations omitted). Plaintiff's claim that the Product does not, in fact, kill "99.99% of germs" is rooted in these articles and the FDA Letter, which she alleges constitute evidence showing "that many types of germs are not killed by alcohol-based hand-sanitizers." Compl. ¶ 25. Similarly, Plaintiff relies on the image depicted in Exhibit 10 as evidence of statements that GOJO allegedly made regarding a two liter (67.6 ounce) bottle of PURELL® Advanced Hand Sanitizer. Compl. ¶ 9 and n.8. Therefore, Plaintiff has incorporated these documents into her Complaint by reference.

A matter that is properly the subject of judicial notice or incorporation by reference may be considered along with a complaint when deciding a motion to dismiss. *Ritchie*, 342 F.3d at 907 ("A court may . . . consider certain materials—

- 3 -

Def. GOJO Industries Inc.'s Request for Judicial
Notice in Support of its Rule 12 Motion to Dismiss
Case No. 8:21-cv-00928-JVS-DFM

documents attached to the complaint, documents incorporated by reference in the complaint, or matters of judicial notice—without converting the motion to dismiss into a motion for summary judgment."). Accordingly, the Court may consider these exhibits at this stage of the proceedings.

Dated: September 16, 2021                JONES DAY

By: */s/ Philip M. Oliss*
     Philip M. Oliss

Attorney for Defendant
GOJO INDUSTRIES, INC.

- 4 -

Def. GOJO Industries Inc.'s Request for Judicial Notice in Support of its Rule 12 Motion to Dismiss
Case No. 8:21-cv-00928-JVS-DFM