UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA ROBLES,<br><br>        Plaintiff,<br><br>    v.<br><br>GOJO INDUSTRIES, INC.,<br><br>        Defendant. | Case No. 8:21-cv-00928-JVS-DFM<br><br>**JUDGMENT** |

    Pursuant to the Court's March 16, 2022 Order and Opinion granting Defendant GOJO Industries, Inc.'s Motion to Dismiss Plaintiff Krista Robles's First Amended Complaint and Plaintiff's May 2, 2022 "Notice of Election to Stand on Sufficiency of the First Amended Complaint,"

    **IT IS HEREBY ADJUDGED** that all claims in the above-captioned action are dismissed with prejudice for failure to state a claim and, as to Plaintiff's request for injunctive relief, for lack of subject matter jurisdiction under Article III of the United States Constitution.

DATED: June 17, 2022

                                      _____
                                      JAMES V. SELNA
                                      UNITED STATES DISTRICT JUDGE